J. LELAND KERNAN, an Infant, by PHŒBE A. KERNAN, His Guardian ad Litem, Respondent, v. ELIHU HALE and Another, Appellants.— Judgment and order affirmed, with costs.  All concur, except Sears, J., who dissents and votes for reversal as to the defendant Elihu Hale.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

OSCAR BEHRENS, Respondent, v. WALBRIDGE & COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

NELLIE C. BEHRENS, Respondent, v. WALBRIDGE & COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CARLTON A. FISHER, Appellant, v. EDVIGE V. FISHER, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WILLIAM J. CONNERS CAR COMPANY, INC., Respondent, v. MANUFACTURERS AND TRADERS NATIONAL BANK OF BUFFALO, Respondent, Impleaded with LIBERTY BANK OF BUFFALO, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CHARLES LANG and Another, Respondents, v. MAUD H. PRICE and Another, Appellants.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

EMIL H. BERGENS and Another, Respondents, v. HERBERT EDWIN ORR and Others, Appellants, Impleaded with Another, Defendant.— Judgment modified by reducing the recovery to the sum of $327 and as modified affirmed, without costs of this appeal to either party.  Certain findings of fact disapproved and reversed and new findings made.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Probate of the Last Will and Testament of WILLIAM E. HAYES, Deceased.— Decree and orders affirmed, with costs to respondents, payable out of the estate.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

NIAGARA SAND CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

FRANK J. MOORE, Appellant, v. CHARLES H. DRUSCHELL and Another, Respondents.— Judgment affirmed, with costs.  Fifth finding of fact amended.  All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ANNA F. SMITH, Appellant, v. NELSON P. SMITH, Respondent.— Judgment affirmed, without costs of this appeal to either party.  All concur.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.